21 So.2d 312

**Douglas F. ELLIOTT, Adm'r of Estate of N L. F. Elliott, Dec'd, v. STATE OF LOUISIANA.**

**6 Div. 246.**

Supreme Court of Alabama.

March 1, 1945.

Geo. P. Bondurant, of Birmingham, for appellant.

Hayden and Hayden, of Birmingham, for appellee.

SIMPSON, Justice.

On authority of State of Alabama v. Douglas F. Elliott, Adm'r, ante, p. 439, 21 So.2d 310, the appeal must be dismissed. So ordered.

Appeal dismissed.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.